# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHAD R. OLDHAM             APPELLANT

v.             No. 3:11CV00143 JLH

MARK T. MCCARTY, Chapter 13 Trustee;
and A. JAN THOMAS, JR., Chapter 7 Trustee             APPELLEES

## **JUDGMENT**

Pursuant to the Opinion and Order entered separately today, the bankruptcy court is affirmed.

IT IS SO ORDERED this 3rd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE